# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Joshua Andrew Phillips,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:23-cv-00163-MOC |
| | ) | 1:21-cr-00068-MOC-WCM |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2024 Order.

April 17, 2024

Katherine Hord Simon, Clerk
United States District Court